FILED & JUDGMENT ENTERED

Christine F. Ramsey

May  29  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

In re:

DEVERA SIMONDS ALSTON AND JESSE
ANTONIO ALSTON,

      Debtors.

Chapter 13

Case No.: 24-30548

---

## ORDER GRANTING MOTION
## FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of Santander Consumer USA Inc. dba Chrysler Capital, servicer for

CCAP Auto Lease Ltd.'s Motion for Relief from Automatic Stay (the "Motion") and any objection

to the Motion; and after due deliberation thereon; and good cause having been shown and found;

it is, by the United States Bankruptcy Court for the Western District of North Carolina, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 is hereby terminated to permit Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd. to exercise its rights and remedies under applicable non-bankruptcy law under the Contract executed by Debtor in favor of Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd. in the principal amount of  for the financed purchase of one (1) 2023 Jeep Grand Cherokee, VIN No. 1C4RJJAG4P8794261 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd. is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd., including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED**, that upon disposition of the Vehicle, Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd. must provide an explanation of any surplus to the trustee, the debtor's attorney, and the debtor within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED**, that Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd. has 120 days for personal property from entry of the order granting the relief to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order

and to enforce the provisions set forth herein; and it is further

**ORDERED**, that the fourteen-day stay imposed by Rule 4001(a)(3) of the Federal

Rules of Bankruptcy Procedure is hereby waived.

**This Order has been signed electronically.  The
judge's signature and court's seal appear at the
top of the Order.**

**United States Bankruptcy Court**